## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**ARCHIE REDMON**                                                                                **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO.: 4:20-CV-00071-DMB-JMV**

**OMNISOURCE, LLC**                                                      **DEFENDANT**

### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand… will stay the attorney conference and disclosure requirements **and all discovery not relevant to the remand**... **issue** and will stay the parties' obligation to make disclosures pending the court's ruling on the motion…" L.U. Civ. R. 16(b)(1)(B) (emphasis added).

A motion to remand [11] has been filed. Therefore, staying all discovery, except discovery concerning the remand issue, is appropriate at this time.

Should any party desire to take remand-related discovery, it must file a motion to do so within seven (7) days hereof, setting forth the specific discovery sought. If any party objects to the motion, it shall file an objection within four (4) days following service of the motion.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, and the [4] case management conference shall be continued by further notice of the court, pending a ruling on the motion to remand.

**SO ORDERED** this, Wednesday, May 27, 2020.

                                                                /s/ Jane M. Virden
                                                                **UNITED STATES MAGISTRATE JUDGE**